OFFICE OF DISCIPLINARY COUNSEL v. DAHLING.

[Cite as *Disciplinary Counsel v. Dahling* (2000), 90 Ohio St.3d 246.]

(No. 00–758—Submitted July 6, 2000—Decided October 25, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kevin L. Williams,* Assistant Disciplinary Counsel, for relator.

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent is permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.